Case 4:16-cv-02999   Document 12   Filed in TXSD on 02/21/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BETHANY HOME HEALTH OF LUFKIN L.P., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-16-2999 |
| SYLVIA MATHEWS BURWELL, Secretary, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, | § § § § § | |
| Defendant. | § | |

**ORDER**

The plaintiff filed an unopposed motion for extension of time to respond to the defendant's motion to dismiss. (Docket Entry No. 11). The motion is granted, and the plaintiff must file a response by March 21, 2017.

The defendant filed a motion to stay the proceedings until the court ruled on its pending motion to dismiss. (Docket Entry No. 10). The court will reset the initial pretrial and scheduling conference to **April 24, 2017, at 2:00 p.m.** and will address the pending motion to dismiss at that time. The motion to stay the case is denied as moot. The joint discovery case management plan is to be filed by April 17, 2017.

SIGNED on February 21, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge